IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES HOLLOMAN MAXWELL, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § |
| | § |
| US BANK NATIONAL ASSOCIATION, | §    CIVIL ACTION NO. H-12-0534 |
| AS TRUSTEE FOR JP MORGAN | § |
| MORTGAGE ACQUISITION TRUST | § |
| 2006-HE3 ASSET BACKED | § |
| PASS-THROUGH CERTIFICATES | § |
| SERIES 2006-HE3, MORTGAGE | § |
| REGISTRATION SYSTEMS, INC., | § |
| | § |
| Defendants, | § |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation,[1] the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, this 23rd day of January, 2013.

SIM LAKE
UNITED STATES DISTRICT JUDGE

---

[1] The parties filed no objections to the Memorandum and Recommendation.