IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES HOLLOMAN MAXWELL, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> US BANK NATIONAL ASSOCIATION, § <br> AS TRUSTEE FOR JP MORGAN § <br> MORTGAGE ACQUISITION TRUST § <br> 2006-HE3 ASSET BACKED § <br> PASS-THROUGH CERTIFICATES § <br> SERIES 2006-HE3, MORTGAGE § <br> REGISTRATION SYSTEMS, INC., § <br> § <br> Defendants, § | CIVIL ACTION NO. H-12-0534 |

## FINAL JUDGMENT

In conformity with the Order Adopting Magistrate Judge's Memorandum and Recommendation signed on January 23, 2013, it is hereby **ADJUDGED** that Plaintiff takes nothing against Defendants.

Defendants are awarded their costs.

All relief not granted herein is **DENIED.**

**THIS IS A FINAL JUDGMENT.**

The Clerk will provide a copy of this judgment to all counsel.

**SIGNED** this 23rd day of January, 2013, in Houston, Texas.

SIM LAKE
UNITED STATES DISTRICT JUDGE