IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES HOLLOMAN MAXWELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| US BANK NATIONAL ASSOCIATION, | § | CIVIL ACTION NO. H-12-0534 |
| AS TRUSTEE FOR JP MORGAN | § | |
| MORTGAGE ACQUISITION TRUST | § | |
| 2006-HE3 ASSET BACKED | § | |
| PASS-THROUGH CERTIFICATES | § | |
| SERIES 2006-HE3, MORTGAGE | § | |
| REGISTRATION SYSTEMS, INC., | § | |
| | § | |
| Defendants, | § | |

## FINAL JUDGMENT

In conformity with the Order Adopting Magistrate Judge's Memorandum and Recommendation signed on January 23, 2013, it is hereby **ADJUDGED** that Plaintiff takes nothing against Defendants.

Defendants are awarded their costs.

All relief not granted herein is **DENIED**.

**THIS IS A FINAL JUDGMENT.**

The Clerk will provide a copy of this judgment to all counsel.

**SIGNED** this 23rd day of January, 2013, in Houston, Texas.

SIM LAKE
UNITED STATES DISTRICT JUDGE